**FOR PUBLICATION**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| MALCOM JACKSON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Criminal No. 2009-39 |
| v. | ) |
|  | ) |
| RED HOOK BOAT SERVICES, INC., d/b/a | ) |
| PER DOHM WATER TAXI, INC., | ) |
|  | ) |
| Defendant. | ) |

**ATTORNEYS:**

**Desmond L. Maynard, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Rachelle Shocklee, Esq.**
St. Croix, U.S.V.I.
   *For the defendant.*

## ORDER

**GOMÉZ, C.J.**

Before the Court is the motion of Red Hook Boat Services, Inc., d/b/a Per Dohm Water Taxi, Inc. ("Per Dohm") to dismiss the complaint filed by Malcom Jackson ("Jackson"). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED;** and it is further

*Jackson v. Red Hook Water Taxi, Inc., d/b/a Per Dohm Water Taxi, Inc.*
Civil No. 2009-39
Order
Page 2

    **ORDERED** that all other pending motions are **DENIED**; and it is further

    **ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

    S\_____
          **CURTIS V. GÓMEZ**
            **Chief Judge**